394 A.2d 603

**COMMONWEALTH of Pennsylvania**

v.

**Randy Lee CORNELIUS, Appellant.**

Superior Court of Pennsylvania.

Submitted March 20, 1978.

Decided Dec. 7, 1978.

Jeffrey E. Leber, Coudersport, for appellant.

Harold B. Fink, Jr., District Attorney, Coudersport, for Com., appellee.

Before JACOBS, President Judge, and HOFFMAN, CER-CONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.